UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURIE PEARL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>CLEARLINK PARTNERS, LLC<br><br>Defendant. | No. 1:20-cv-10529<br><br>Collective Action<br><br>Honorable Nathaniel M. Gorton |

### [PROPOSED] ORDER

The Court, having considered Plaintiff's Unopposed Motion for Approval of FLSA Settlement Agreement, and finding good cause therefor, hereby Grants the Motion and orders as follows:

1. Granting final approval of the Parties' FLSA Collective Action Settlement Agreement as a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act.

2. Granting final certification to the Settlement Collective pursuant to 29 U.S.C. § 216(b), for settlement purposes only:

    Plaintiff and the Opt-In Plaintiffs (*i.e.*, the individuals who as of March 17, 2022 have filed an Opt-In Consent Form with the Court in *Pearl v. Clearlink Partners, LLC*, No. 1:20-cv-10529 (D. Mass.), and who are identified in the Settlement Agreement) (the "Settlement Collective").

3. Approving the Gross Settlement Amount of $300,000.00 in resolution of this action.

4. Approving the proposed service award in the amount of $10,000.00 from the Gross Settlement Amount to Plaintiff Laurie Pearl for her service to the Settlement Collective.

5. Approving Plaintiff's unopposed request for attorneys' fees, in the amount of

1

$100,000.00 and out-of-pocket costs and expenses, not to exceed $7,569.00, both of which are to be paid from the Gross Settlement Amount.

6. Dismissing this action with prejudice upon Court approval of the settlement.

7. Reserving exclusive and continuing jurisdiction over this action, the named Plaintiff, and the Settlement Collective for purposes of supervising the implementation and enforcement of the Settlement Agreement, this Order, and all settlement administration matters.

**IT IS SO ORDERED.**

_June 16, 2022_  
Date

_Nathaniel M. Gorton_  
Hon. Nathaniel M. Gorton

2