UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURIE PEARL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>CLEARLINK PARTNERS, LLC<br><br>Defendant. | No. 1:20-cv-10529<br><br>Collective Action<br><br>Honorable Nathaniel M. Gorton |

**NOTICE OF FILING CORRECTED EXHIBIT A (DKT. 88-1)
IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR
APPROVAL OF FLSA SETTLEMENT AGREEMENT**

Plaintiff filed her Unopposed Motion for Approval of FLSA Settlement Agreement on June 10, 2022. See Dkt. 88. Attached as Exhibit A to the motion was an executed copy of the Settlement Agreement. See Dkt. 88-1. As Plaintiff noted in her motion, there remained one outstanding signature and she intended to supplement with a corrected Exhibit A upon receipt. Plaintiff thus files this Corrected Exhibit A, which includes the fully executed Agreement.

This Court has already entered an Order of Settlement Approval. See Dkt. 91. Plaintiff therefore files this Notice simply to correct the record.

Dated: June 22, 2022

Respectfully submitted,

/s/ *Sarah Schalman-Bergen*
Harold Lichten
Sarah R. Schalman-Bergen
Krysten Connon
Anastasia Doherty
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116

1

Telephone: (617) 994-5800
hlichten@llrlaw.com
ssb@llrlaw.com
kconnon@llrlaw.com
adoherty@llrlaw.com

Camille Fundora Rodriguez
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
crodriguez@bm.net

*Attorneys for Plaintiff
and the Collective*

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2022, a copy of this document was served by electronic filing on all counsel of record.

/s/ *Sarah Schalman-Bergen*
Sarah Schalman-Bergen